FILED
Mar 22 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ danielles   DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRENDA GABRIELA GARCIA,<br><br>　　　　　Defendant. | Case No.: 18CR1448-AJB<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i) – Transportation of Certain Aliens for Financial Gain and Aiding and Abetting |

The United States Attorney charges:

### Count 1

On or about February 24, 2018, within the Southern District of California, defendant BRENDA GABRIELA GARCIA, knowing and in reckless disregard of the fact that an alien, namely, Jose Ayala-Serrano, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said alien, within the United States, in order to help said alien remain in the United States illegally, and which was done for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i).

### Count 2

On or about February 24, 2018, within the Southern District of California, defendant BRENDA GABRIELA GARCIA, knowing and in reckless disregard of the fact that an alien, namely, Alexis Jordan Salgado-Galindo, had come to, entered and remained in the United States in

FADI:3/21/2018

violation of law, did knowingly transport and move said alien, within the United States, in order to help said alien remain in the United States illegally, and which was done for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i).

DATED: 3/22/18

ADAM L. BRAVERMAN
United States Attorney

FRANCIS A. DIGIACCO
Assistant U.S. Attorney